## LEANDER STANSBURY VS. THE UNITED STATES.

1. This case being in all respects identical with the case of *Clay Peters vs. United States*, the judgment of the lower court is affirmed.

*Petition for Rehearing.*

*Amos Green & Son*, for appellant.

*Horace Speed and Caleb R. Brooks*, for appellee.

PER CURIAM: We have examined this case and find that it is identical with that of *Clay Peters vs. United States* and that the errors complained of are the same.

We therefore affirm the judgment of the lower court.

## JOHN DEMPSEY VS. THE UNITED STATES.

1. The decision of the lower court is affirmed for the reasons announced in the case of *Clay Peters vs. United States*.

*Petition for Rehearing.*

*Amos Green & Son* for appellant.

*Horace Speed and Caleb R. Brooks* for appellee.

PER CURIAM: This case, like the appeal of *Stansburry vs. United States*, presents the same questions decided in *Clay Peters vs. United States*, and is decided upon the same authority. The judgment of the lower court is affirmed.